

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-16-00287-CV

**IN THE INTEREST OF M.S. AND D.S., MINOR CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0046-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

A court reporter responsible for filing the reporter's record in this appeal filed a notification of late record, in which she states the reporter's record has not been filed because appellant failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1). On May 25, 2016, Appellant filed proof of designation of record on both court reporters.

It is therefore ORDERED that the reporter's records be filed no later than June 6, 2016. Appellant's brief will be due within twenty days from the date the reporter's record is filed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.

_____
Keith E. Hottle
Clerk of Court